

# THE THIRTEENTH COURT OF APPEALS

13-18-00400-CR

Joe Hernandez
v.
The State of Texas

On appeal from the
117th District Court of Nueces County, Texas
Trial Cause No. 16CR3791-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion.

We further order this decision certified below for observance.

September 20, 2018